IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farhad Navaie,<br><br>　　　　　Petitioner,<br><br>v.<br><br>David R Rivas, et al.,<br><br>　　　　　Respondents. | No. CV-25-03002-PHX-MTL (MTM)<br><br>**ORDER** |

　　　　Petitioner Farhad Navaie filed a Petition for Writ of Habeas Corpus Under § 2241, a Motion to Appoint Counsel, a Motion for Temporary Restraining Order and Preliminary Injunction, and an Amended Motion for Limited Discovery. (Docs. 1-3, 7.) The Court will grant the motions for counsel and for limited discovery and require Respondents to answer the Petition and motion for injunctive relief.

　　　　In his Petition, Petitioner names San Luis Regional Detention Center Warden David R. Rivas; Immigrations and Customs Enforcement ("ICE") San Diego Field Director Gregory J. Archambeault; United States Attorney General Pamela J. Bondi, and United States Department of Homeland Security Secretary Kristi Noem as Respondents. Petitioner raises two claims for relief.

　　　　Petitioner is a citizen of Iran and came to the United States in 1997. He gained legal permanent residence status but was subsequently convicted of second-degree robbery and was ordered removed in 2001. Because the Government could not remove him to Iran, he was released under an order of supervision. (*Id.* ¶ 11.) He complied with

1 the order of supervision for 23 years but was arrested and detained on March 13, 2025
2 and was transferred to the San Luis Detention Center in Arizona. (*Id.* ¶ 12.) Petitioner
3 alleges ICE requested travel documents on his behalf, but because he has been away from
4 Iran for decades, Petitioner believes Iran will not accept his return. Petitioner therefore
5 argues his detention violates the Fifth Amendment because there is no reasonable
6 probability of his removal to Iran in the reasonably foreseeable future and he has been
7 denied a bond hearing before a neutral decisionmaker. (Doc. 1 at 5-11.) Petitioner also
8 seeks a temporary restraining order and preliminary injunction directing his immediate
9 release from detention. (Doc. 3.)

10 The Court will require Respondents to answer the Petition and motion. Petitioner
11 also moves for the appointment of counsel. The Court finds the interests of justice
12 support appointment of counsel in this matter and will grant the motion. 18 U.S.C.
13 § 3006A(a)(2)(B). Finally, Petitioner moves for limited discovery of six categories of
14 materials related to his immigration proceedings. The Court will grant the request for
15 limited discovery and direct Respondents to provide the requested documents within 14
16 days.

17 **IT IS ORDERED:**

18 (1) Petitioner's Motion for Appointment of Counsel (Doc. 2) is **granted**.
19 Assistant Federal Public Defender Keith Hilzendeger is appointed to represent Petitioner
20 in this case pursuant to 18 U.S.C. § 3006A(a)(2)(B).

21 (2) The Clerk of Court must enter the appearance of Assistant Federal Public
22 Defender Hilzendeger on behalf of Petitioner in this action.

23 (3) Counsel for Petitioner must immediately serve the Petition upon
24 Respondents.

25 (4) If not already issued, the Clerk's Office must issue any properly completed
26 summonses.

27 . . . .

28 . . . .

(5) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition, Motion for Temporary Restraining Order and Preliminary Injunction, and Amended Motion for Limited Discovery (Docs. 1, 3, 7) to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(6) Petitioner's Amended Motion for Limited Discovery (Doc. 7) is **granted**. Respondents must respond to the six requests for documents **within 14 days** of this Order.

(7) Respondents must respond the Motion for Temporary Restraining Order and Preliminary Injunction no later than **September 10, 2025**. Petitioner may file a reply no later than **September 17, 2025**.

(8) Respondents must answer the petition within **twenty (20) days** of the date of service.

(9) Petitioner may file a reply within **ten (10) days** from the date of service of the answer.

Dated this 2nd day of September, 2025.

Michael T. Liburdi
United States District Judge